IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0067 SI |
| Plaintiff, | **FINAL PRETRIAL SCHEDULING ORDER** |
| v. | |
| TIMOTHY J. OCKENFELS, | |
| Defendant. | |

On September 7, 2006, the Court held a final pretrial conference in the above captioned matter, which is set for jury trial beginning September 18, 2006. All parties were represented by counsel. Defendant's ex parte application to continue the trial date was denied. (Docket # 147) The following additional matters were resolved:

1. **Trial schedule**: The parties expect that the case will take 8 days to complete. The Court does not hear trials on Fridays (although deliberating juries may continue their deliberations on Friday). The trial day runs from 8:30 a.m. until 3:00 p.m., with a 15 minute break at 10:00 a.m., a 30 minute break at 11:45 a.m. and a 15 minute break at 1:45 p.m., all times approximate.

2. **Number of jurors and challenges**: There shall be a jury of twelve members, plus two alternate jurors. The government shall have six peremptory challenges, the defendant shall have ten peremptory challenges, and each side shall have one additional peremptory challenge for the alternate.

3. **Voir dire**: The court will conduct general voir dire, and counsel for each side shall have up to 45 minutes total to question the panel.

**4.** **Jury instructions**: The Court received proposed jury instructions from the government. A conference to finalize instructions will be held prior to closing arguments.

5. **Trial exhibits**: No later than September 15, 2006, the government shall submit its trial exhibits, in binders with numbered tabs separating and identifying each exhibit. The court shall be provided with three sets (for the court, the file and the witness) and each side shall provide one set for the other side.

6. **Motions in limine**:

A. **Experts**: The government disclosed experts Colcolough, O'Brien and Chaffee, to whom there were no objections.[1] The government also disclosed computer expert Tony Lin, and defendant disclosed computer expert Carol Lerche and medical expert Fred Rosenthal; as to all of these witnesses, further reports were anticipated and final rulings as to their testimony will be made after further hearing. (Docket ## 96, 102, 108, 140, 144, 145)

B. **Motions**:

--Plaintiff's motion to preclude defense reference to inadmissible hearsay statements: GRANTED. (Docket # 87)

–Plaintiff's motion to preclude reference to sentence or punishment: GRANTED. (Docket # 98, 103)

–Plaintiff's motion to preclude reference to legal issues before the jury: GRANTED. (Docket # 99)

–Plaintiff's motion to preclude irrelevant character evidence: GRANTED; character evidence is limited to defendant's reputation for lawfulness and law-abidingness. (Docket # 95)

–Plaintiff's motion to allow presence of expert witnesses during trial: GRANTED.

---

[1] Defendant has offered to stipulate to certain facts concerning the child pornographic images and argues that, if such stipulation is accepted, the testimony of these witnesses would be unnecessary. Defendant does not separately object to their testimony.

*United States District Court — For the Northern District of California*

2

(Docket # 97)

–Defendant's motion concerning child pornographic images: Defendant moves to exclude child pornographic images from admission at trial, based on his stipulation that the images are child pornography.  The government has not, to date, accepted the stipulation because it is incomplete: if knowing and intentional possession and transportation of the images is contested, then the images themselves will be relevant to establish those facts.  Barring a more complete stipulation, the motion is DENIED.  (Docket # 109)

**7.     Other matters:** Defendant plans to file a "click and save" motion which will be heard prior to trial.  Defendant's motions concerning Count 10 in the superseding indictment are decided by separate order.

**IT IS SO ORDERED.**

Dated: September 12, 2006

_____
SUSAN ILLSTON
United States District Judge