IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 05-0067 SI |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION FOR A CONTINUANCE AND VACATING SEPTEMBER 18, 2006 TRIAL DATE** |
| v. | |
| TIMOTHY JACOB OCKENFELS, | |
| Defendant. / | |

Upon further review of defendant's motion for a continuance, and in light of the issues that remain to be resolved prior to trial, the Court hereby GRANTS defendant's motion for a continuance and VACATES the September 18, 2006 trial date. (Docket No. 147). Counsel should be prepared to select a new and final trial date, as well as a schedule for all remaining pretrial matters, at the September 15, 2006 hearing.

**IT IS SO ORDERED.**

Dated: September 14, 2006

SUSAN ILLSTON
United States District Judge