IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0067 SI |
| Plaintiff, | **ORDER RE: RECENT NINTH CIRCUIT DECISION** |
| v. | |
| TIMOTHY OCKENFELS, | |
| Defendant. | |

    On November 27, 2006, the Ninth Circuit filed an opinion in *United States of America v. Kuchinski*, ___ F.3d ___, 2006 WL 3392641 (9th Cir. Nov. 27, 2006) (No. 05-30607). As this opinion may be germane to the upcoming trial, the Court directs counsel to review *Kuchinski*.

**IT IS SO ORDERED.**

Dated: November 29, 2006

                                                  SUSAN ILLSTON
                                                  United States District Judge