**United States District Court**
For the Northern District of California

1
2
3
4
5                        UNITED STATES DISTRICT COURT
6                        NORTHERN DISTRICT OF CALIFORNIA
7
8     UNITED STATES OF AMERICA,                    No. CR-05-0067 SI (JCS)
9              Plaintiff(s),
10        v.                                       **ORDER SETTING FURTHER**
                                                   **SETTLEMENT CONFERENCE**
11    TIMOTHY JACOB OCKENFELS,
12             Defendant(s).
      _____/
13
14
15    TO ALL PARTIES AND COUNSEL OF RECORD:
16          The above matter was previously referred to the undersigned for settlement purposes.
17          You are hereby notified that a Further Settlement Conference is scheduled for **February 12,**
18    **2007, at 1:30 p.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San
19    Francisco, California 94102.  Pursuant to Criminal Local Rule 11-1(c), Defendant shall be present in
20    the building for consultation with his attorney.
21          IT IS SO ORDERED.
22
23    Dated: February 7, 2007
24                                                 _____
                                                   JOSEPH C. SPERO
25                                                 United States Magistrate Judge
26
27
28