IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0067 SI |
| Plaintiff, | **ORDER RE: SENTENCING HEARING** |
| v. | |
| TIMOTHY OCKENFELS, | |
| Defendant. | |

Defendant requests a 60-day continuance of the sentencing hearing, currently set for August 17, 2007.[1] Defendant also requests that an evidentiary hearing be held in conjunction with sentencing. Plaintiff agrees to a 30 day continuance, but not the full 60 days requested by defendant.

The Court will grant a brief continuance, so that the interview with Dr. Flinton may take place immediately, if it has not already taken place, and may be evaluated. Given the already lengthy delays which have taken place, the Court will not grant the two month delay sought by counsel.

The Court is available for evidentiary hearings during the week of September 10, 2007. Accordingly, **the sentencing hearing is continued to Thursday, September 13, 2007 at 10:00 a.m.**

**IT IS SO ORDERED.**

Dated: August 7, 2007

SUSAN ILLSTON
United States District Judge

---

[1] Defendant pled guilty on February 13, 2007. Sentencing was originally set for June 1, 2007. It was later moved to June 29, 2007 and ultimately to August 17, 2007.